May 1, 1975

## Boyer *v.* Boyer, Appellant.

opinion by HONEYMAN, J. Argued September 17, 1974. *John J. Kelly, Jr.,* for appellant; *Edward F. Kane,* with him *Bean, DeAngelis, Kaufman & Kane,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

HOFFMAN, J., absent.